LEO M. BLOOM, Respondent, v. ROSE GELB, Appellant.— Order denying motion to dismiss the complaint on the ground that it does not state a cause of action in equity affirmed, with ten dollars costs and disbursements. The complaint states a cause of action at law and that precludes a dismissal of the complaint even though the prayer for relief is equitable in its character. The prayer for relief is not the determining factor with respect to the character of the cause of action set out in the complaint. (*Traub* v. *Arrow Manufacturing Corporation*, 207 App. Div. 292, 296.) Lazansky, P. J., Kapper, Seeger, Carswell and Scudder, JJ., concur.

BROOKLYN EMPIRE CONSTRUCTION COMPANY, INC., Purchaser, Respondent, v. CINAK REALTY CORPORATION and Others, Defendants. LOUIS H. LEVIN, Appellant, and NEWBURGER ELECTRIC CO., INC., Assignee, Appellant.— Order denying appellants' motion to set aside sale reversed upon the law and the facts, with ten dollars costs and disbursements, motion granted, with ten dollars costs, to the extent of vacating the sale, and matter remitted to the Special Term to enable the parties to take such steps as may be appropriate to bring about a sale under terms which will be clear and understandable by a proposed purchaser. The sale as conducted left a buyer in doubt as to the nature and quality of the liens and lease subject to which the sale was conducted. Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ., concur.

DUNWOODIE IMPROVEMENT CORPORATION, Respondent, v. FRANCIS J. DUFFY, as Executor, etc., of ELIZABETH F. HANLON, Deceased, Appellant. INDIANA FLOORING COMPANY and TREMONT WOODWORKING CO., INC., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Hagarty, Carswell and Scudder, JJ.

FASINATE HOLDING CO., INC., Respondent, v. WATERFRONT DEVELOPMENT CORPORATION, Appellant.— On argument, order granting a preference and directing that trial be held on May 27, 1929, modified so as to provide that the trial be held at the October, 1929, term of the Supreme Court in the county of Queens, and as so modified affirmed, without costs. No opinion. Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ., concur.

JACOB A. FINE, Appellant, v. W. T. MEREDITH ESTATE, INC., Respondent.— Judgment and order denying motion for a new trial unanimously affirmed, with costs. The evidence satisfactorily established that the so-called "Brundage" clause in the mortgage was not objected to on the closing. The mortgage in our opinion is in compliance with the contract. The contract evidences the purpose of the parties that the releases of portions of the property were to obtain the approval of the vendor or the holder of the mortgage. Any other construction would seriously imperil the security. We are also of opinion that the contract was complete and enforcible. Present — Lazansky, P. J., Rich, Young, Kapper and Seeger, JJ.

ALEXANDER A. FORMAN, JR., Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Judgment reversed upon the law and the facts and new trial granted, costs to appellant to abide the event. We are of opinion that the conclusion that the settlement made with the fire insurance company was unreasonable and unfair is against the weight of the evidence. Lazansky, P. J., Kapper and Hagarty, JJ., concur; Rich, J., dissents; Scudder, J., not voting.